UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
FEB 24 2020
U.S. DISTRICT COURT
ELKINS WV 26241

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | |
| LORI BETH GAINES, | Criminal No. 2:20-CR-12 |
| Defendant. | Violation: 18 U.S.C. § 1701 |

# INFORMATION

The United States Attorney charges that:

## COUNT ONE

(Obstructing the U.S. Mail)

On or about February 12, 2019, in Randolph County, in the Northern District of West Virginia, defendant LORI BETH GAINES did knowingly and willfully obstruct the passage of the mail at a mail box located at 150 Butternut Road, Huttonsville, West Virginia, to wit: by taking mail from the said mail box; in violation of Title 18, United States Code, Section 1701.

William J. Powell
United States Attorney

Stephen Warner
Assistant United States Attorney